# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Abdul Razak Yussef,                                        Civil No. 11-cv-876 MJD/JJK

    Petitioner,

v.                                                                          **ORDER**

U.S. Government,

    Defendant.

_____

The above matter comes before the Court upon the Report and Recommendation [Doc. #3] of United States Magistrate Judge Jeffrey J. Keyes dated April 12, 2011.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. The action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 17, 2011          s/Michael J. Davis
                                        Michael J. Davis
                                        Chief Judge
                                        United States District Chief Judge